| | |
|---|---|
| WATAUGA COUNTY VOTING RIGHTS TASK FORCE, COMMON CAUSE, DR. RAY RUSSELL, LARRY TURNBOW, CHARLIE WALLIN, DR. JAMES FENWICK, JR., LAURIE FLEMING, PATRICIA DALE, and KINNEY RAY BAUGHMAN,<br><br>        Plaintiffs,<br><br>v.<br><br>WATAUGA COUNTY BOARD OF ELECTIONS, ERIC ELLER in his official capacity as a member of the Watauga County Board of Elections, TERRY CIRONE in her official capacity as a member of the Watauga County Board of Elections, PAMELA HUSS CLINE in her official capacity as a member of the Watauga County Board of Elections, ELAINE ROTHENBERG in her official capacity as a member of the Watauga County Board of Elections, and LETA COUNCILL in her official capacity as a member of the Watauga County Board of Elections,<br><br>        Defendants. | Case No. 5:25-cv-157 |

## DECLARATION OF SERVICE

I, Pearson G. Cost, attorney for Plaintiffs Watauga County Voting Rights Task Force, Common Cause, Dr. Ray Russell, Larry Turnbow, Charlie Wallin, Dr. James Fenwick, Jr., Laurie Fleming, Patricia Dale, and Kinney Ray Baughman declare and state that, pursuant to Rule 4 of the Federal Rules of Civil Procedure, and the Local Rules of this Court, Defendants have been served as follows:

    1.    On October 3, 2025, Defendant Watauga County Board of Elections, 842 W. King Street, Boone, NC, 28607, was served with the following: Complaint (ECF No. 1), Summons (ECF

No. 6), Standing Order Requiring an Initial Settlement Conference, Case Assignment Packet, and Notice of Appearance of Attorney Michael Brandon Jones (ECF No. 7). Defendant was served with the foregoing documents via Federal Express, Overnight Priority, Delivery Confirmation Requested, as evidenced by the delivery receipt attached hereto as **Exhibit A**.

2. On October 3, 2025, Defendant Eric Eller, in his official capacity as a member of the Watauga County Board of Elections, 842 W. King Street, Boone, NC, 28607, was served with the following: Complaint (ECF No. 1), Summons (ECF No. 6), Standing Order Requiring an Initial Settlement Conference, Case Assignment Packet, and Notice of Appearance of Attorney Michael Brandon Jones (ECF No. 7). Defendant was served with the foregoing documents via Federal Express, Overnight Priority, Delivery Confirmation Requested, as evidenced by the delivery receipt attached hereto as **Exhibit B**.

3. On October 3, 2025, Defendant Terry Cirone, in her official capacity as a member of the Watauga County Board of Elections, 842 W. King Street, Boone, NC, 28607, was served with the following: Complaint (ECF No. 1), Summons (ECF No. 6), Standing Order Requiring an Initial Settlement Conference, Case Assignment Packet, and Notice of Appearance of Attorney Michael Brandon Jones (ECF No. 7). Defendant was served with the foregoing documents via Federal Express, Overnight Priority, Delivery Confirmation Requested, as evidenced by the delivery receipt attached hereto as **Exhibit C**.

4. On October 3, 2025, Defendant Pamela Huss Cline, in her official capacity as a member of the Watauga County Board of Elections, 842 W. King Street, Boone, NC, 28607, was served with the following: Complaint (ECF No. 1), Summons (ECF No. 6), Standing Order Requiring an Initial Settlement Conference, Case Assignment Packet, and Notice of Appearance of Attorney Michael Brandon Jones (ECF No. 7). Defendant was served with the foregoing

documents via Federal Express, Overnight Priority, Delivery Confirmation Requested, as evidenced by the delivery receipt attached hereto as **Exhibit D**.

5. On October 3, 2025, Defendant Elaine Rothenberg, in her official capacity as a member of the Watauga County Board of Elections, 842 W. King Street, Boone, NC, 28607, was served with the following: Complaint (ECF No. 1), Summons (ECF No. 6), Standing Order Requiring an Initial Settlement Conference, Case Assignment Packet, and Notice of Appearance of Attorney Michael Brandon Jones (ECF No. 7). Defendant was served with the foregoing documents via Federal Express, Overnight Priority, Delivery Confirmation Requested, as evidenced by the delivery receipt attached hereto as **Exhibit E**.

6. On October 10, 2025, Defendant Leta Councill, in her official capacity as a member of the Watauga County Board of Elections, 842 W. King Street, Boone, NC, 28607, was served with the following: Complaint (ECF No. 1), Summons (ECF No. 6), Standing Order Requiring an Initial Settlement Conference, Case Assignment Packet, and Notice of Appearance of Attorney Michael Brandon Jones (ECF No. 7). Defendant was served with the foregoing documents via Federal Express, Overnight Priority, Delivery Confirmation Requested, as evidenced by the delivery receipt attached hereto as **Exhibit F**.

7. Pursuant to 28 U.S.C. §1746, I declare under the penalty of perjury that the foregoing is true and correct.

8. Further Declarant sayeth not.

This the 16th day of October 2025.

>BROOKS, PIERCE, MCLENDON,
>HUMPHREY & LEONARD, L.L.P.
>
>/s/ Pearson G. Cost
>Pearson G. Cost
>N.C. State Bar No. 60828
>pcost@brookspierce.com
>Post Office Box 26000
>Greensboro, North Carolina 27420
>Telephone: (336) 373-8850
>Facsimile: (336) 378-1001
>
>*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing has been served on all parties to this action by filing the same in the Court's Case Management/Electronic Case Filing System, which will send a Notice of Electronic Filing to all counsel of record for the parties.

This the 16th day of October, 2025.

/s/ Pearson G. Cost
Pearson G. Cost

# EXHIBIT A



October 08, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 884868855012

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | B.Henderson | **Delivery Location:** | 842 W KING ST |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday; Adult Signature Required | | BOONE, NC, 28607 |
| | | **Delivery date:** | Oct 3, 2025 11:43 |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 884868855012 | **Ship Date:** | Oct 2, 2025 |
| | | **Weight:** | 2.0 LB/0.91 KG |

**Recipient:**
Attn: Eric Eller, Chair, Watauga County Board of Elections
842 W. King St
Suite 6
BOONE, NC, US, 28607

**Shipper:**
Pearson G. Cost, Brooks Pierce, LLP
150 Fayetteville St
Suite 1700
RALEIGH, NC, US, 27601

**Reference**     101835.00063



Thank you for choosing FedEx

# EXHIBIT B



October 08, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 884869022530

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | B.Henderson | **Delivery Location:** | 842 W KING ST |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday; Adult Signature Required | | BOONE, NC, 28607 |
| | | **Delivery date:** | Oct 3, 2025 11:43 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 884869022530 | **Ship Date:** | Oct 2, 2025 |
| | | **Weight:** | 2.0 LB/0.91 KG |

**Recipient:**
Eric Eller, Watauga County Board of Elections
842 W. King St.
Suite 6
BOONE, NC, US, 28607

**Shipper:**
Pearson G. Cost, Brooks Pierce, LLP
150 Fayetteville St
Suite 1700
RALEIGH, NC, US, 27601

**Reference** 101835.00063



Thank you for choosing FedEx

# EXHIBIT C



October 08, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 884869250271

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | B.Henderson | **Delivery Location:** | 842 W KING ST |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday; Adult Signature Required | | BOONE, NC, 28607 |
| | | **Delivery date:** | Oct 3, 2025 11:43 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 884869250271 | **Ship Date:** | Oct 2, 2025 |
| | | **Weight:** | 1.0 LB/0.45 KG |

**Recipient:**
Terry Cirone, Watauga County Board of Elections
842 W. King St.
Suite 6
BOONE, NC, US, 28607

**Shipper:**
Pearson G. Cost, LLP, Brooks Pierce
150 Fayetteville St
Suite 1700
RALEIGH, NC, US, 27601

**Reference**       101835.00063



Thank you for choosing FedEx.

# EXHIBIT D



October 08, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 884869196042

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | B.Henderson | **Delivery Location:** | 842 W KING ST |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday; Adult Signature Required | | BOONE, NC, 28607 |
| | | **Delivery date:** | Oct 3, 2025 11:43 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 884869196042 | **Ship Date:** | Oct 2, 2025 |
| | | **Weight:** | 1.0 LB/0.45 KG |

**Recipient:**
Pamela Huss Cline, Watauga County Board of Elections
842 W. King St.
Suite 6
BOONE, NC, US, 28607

**Shipper:**
Pearson G. Cost, Brooks Pierce, LLP
150 Fayetteville St
Suite 1700
RALEIGH, NC, US, 27601

**Reference** 101835.00063



Thank you for choosing FedEx.

# EXHIBIT E



October 08, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 884868968530

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | B.Henderson | **Delivery Location:** | 842 W KING ST |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday; Adult Signature Required | | BOONE, NC, 28607 |
| | | **Delivery date:** | Oct 3, 2025 11:43 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 884868968530 | **Ship Date:** | Oct 2, 2025 |
| | | **Weight:** | 1.0 LB/0.45 KG |

**Recipient:**
Elaine Rothenberg, Watauga County Board of Elections
842 W. King St.
Suite 6
BOONE, NC, US, 28607

**Shipper:**
Pearson G. Cost, Brooks Pierce, LLP
150 Fayetteville St
Suite 1700
RALEIGH, NC, US, 27601

**Reference**    101835.00063



Thank you for choosing FedEx.

# EXHIBIT F



October 10, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 885044587874

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | C.Council | **Delivery Location:** | 842 W KING ST |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday; Adult Signature Required | | BOONE, NC, 28607 |
| | | **Delivery date:** | Oct 10, 2025 11:26 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 885044587874 | **Ship Date:** | Oct 9, 2025 |
| | | **Weight:** | 1.0 LB/0.45 KG |

**Recipient:**
Leta Councill, Watauga County Board of Elections
842 W. King Street
Suite 6
BOONE, NC, US, 28607

**Shipper:**
Pearson G. Cost, Brooks Pierce, LLP
150 Fayetteville St
Suite 1700
RALEIGH, NC, US, 27601

**Reference** 115906.



Thank you for choosing FedEx.