IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Statesville Division
Case No. 5:25-cv-157

| | |
|---|---|
| WATAUGA COUNTY VOTING RIGHTS TASK FORCE, COMMON CAUSE, DR. RAY RUSSELL, LARRY TURNBOW, CHARLIE WALLIN, DR. JAMES FENWICK, JR., LAURIE FLEMING, PATRICIA DALE, and KINNEY RAY BAUGHMAN,<br><br>Plaintiffs,<br><br>v.<br><br>WATAUGA COUNTY BOARD OF ELECTIONS, ERIC ELLER in his official capacity as a member of the Watauga County Board of Elections, TERRY CIRONE in her official capacity as a member of the Watauga County Board of Elections, PAMELA HUSS CLINE in her official capacity as a member of the Watauga County Board of Elections, ELAINE ROTHENBERG in her official capacity as a member of the Watauga County Board of Elections, and LETA COUNCILL in her official capacity as a member of the Watauga County Board of Elections,<br><br>Defendants. | NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE that the Plaintiffs, by and through counsel, will manually file with the Court, and serve to counsel for Defendants, the following audio files in Support of their Motion for Preliminary Injunction:

| Exhibit | Description |
|---|---|
| 25 | True and correct copies of audio recordings of<br><br>i) Hearing on Senate Bill 912 Before the S. Committee on Redistricting and Elections, N.C. Gen. Assembly (June 12, 2024), and |

| | ii) | Hearing on Senate Bill 759 Before the H. Committee on Redistricting, N.C. Gen. Assembly (October 24, 2023) |

This the 3rd day of November, 2025.

BROOKS, PIERCE, MCLENDON,
HUMPHREY & LEONARD, L.L.P.

/s/ Eric F. Fletcher
Eric F. Fletcher
N.C. State Bar No. 54105
efletcher@brookspierce.com
Post Office Box 1800
Raleigh, North Carolina 27602
Telephone: (919) 839-0300
Facsimile: (919) 839-0304

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing has been served on all parties to this action by filing the same in the Court's Case Management/Electronic Case Filing System, which will send a Notice of Electronic Filing to all counsel of record for the parties.

This the 3rd day of November, 2025.

/s/ Eric F. Fletcher
Eric F. Fletcher