IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Case No. 5:25-cv-157-KDB-DCK

| | |
|---|---|
| WATAUGA COUNTY VOTING RIGHTS TASK FORCE, COMMON CAUSE, DR. RAY RUSSELL, LARRY TURNBOW, CHARLIE WALLIN, DR. JAMES FENWICK, JR., LAURIE FLEMING, PATRICIA DALE, and KINNEY RAY BAUGHMAN, <br><br> Plaintiffs, <br><br> v. <br><br> WATAUGA COUNTY BOARD OF ELECTIONS, ERIC ELLER in his official capacity as a member of the Watauga County Board of Elections, TERRY CIRONE in her official capacity as a member of the Watauga County Board of Elections, PAMELA HUSS CLINE in her official capacity as a member of the Watauga County Board of Elections, ELAINE ROTHENBERG in her official capacity as a member of the Watauga County Board of Elections, and LETA COUNCILL in her official capacity as a member of the Watauga County Board of Elections, <br><br> Defendants. | **DEFENDANTS' RESPONSE AND NOTICE OF CONSENT TO MOTION TO INTERVENE** |

Defendants Watauga County Board of Elections and its members, Eric Eller, Terry Cirone, Pamela Huss Cline, Elaine Rothenberg, and Leta Councill (collectively, the "Watauga County Defendants") consent to the Motion to Intervene filed in this action by Philip E. Berger, as President Pro Tempore of the North Carolina Senate, and Destin C. Hall, as Speaker of the North Carolina House of Representatives (Doc. No. 16).

Mr. Berger and Mr. Hall properly seek to intervene in their official capacities to defend North Carolina Senate Bills 759 and 912 on the North Carolina General Assembly's behalf.

North Carolina law expressly permits the president pro tempore of the state senate and the

speaker of the state house of representatives to intervene on the North Carolina General Assembly's behalf as a matter of right in any action challenging a North Carolina statute. *See* N.C. Gen. Stat. §§ 1-72.2, 120-32.6; *see also Berger v. N.C. State Conf. of the NAACP,* 597 U.S. 179, 190-200 (2022). Furthermore, the proposed intervenors here have a clear interest in upholding the validity of the North Carolina statutes designed to reapportion districts and regulate election activity in North Carolina. Based on the North Carolina law recognizing the proposed intervenors' right to intervene in this matter and their clear interest in defending the statutes at issue, the Watauga County Defendants consent to their intervention.

Respectfully submitted, this, the 21st day of November 2025.

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

By: /s/Thomas G. Hooper
Thomas G. Hooper
N.C. State Bar No. 25571
thooper@bakerdonelson.com
101 South Tryon Street, Suite 3600
Charlotte, NC 28280
Phone: (980) 256-6300

John E. Branch III
N.C. State Bar No. 32598
jbranch@bakerdonelson.com
Rachel H. Boyd
N.C. State Bar No. 56974
rboyd@bakerdonelson.com
2235 Gateway Access Point, Suite 220
Raleigh, NC 27607
Phone: (984) 844-7900

*Attorneys for Watauga County Defendants*

## CERTIFICATE REGARDING ARTIFICIAL INTELLIGENCE

The undersigned certifies as follows:

1. No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, LEXIS, FastCase, and Bloomberg; and

2. Every statement and every citation to an authority contained in this document has been checked by an attorney in this case as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

This, the 21st day of November 2025.

        **BAKER, DONELSON, BEARMAN,**
        **CALDWELL & BERKOWITZ, P.C.**

        By: /s/Thomas G. Hooper
            Thomas G. Hooper
            N.C. State Bar No. 25571
            101 South Tryon Street, Suite 3600
            Charlotte, NC 28280
            Phone: (980) 256-6300
            thooper@bakerdonelson.com

        *Attorneys for Watauga County Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send electronic notification of the filing to all counsel of record who have appeared in this action.

Respectfully submitted this 21st day of November 2025.

**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, P.C.**

By: /s/Thomas G. Hooper
Thomas G. Hooper
N.C. State Bar No. 25571
101 South Tryon Street, Suite 3600
Charlotte, NC 28280
Phone: (980) 256-6300
thooper@bakerdonelson.com

*Attorneys for Watauga County Defendants*