IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Statesville Division

| | |
|---|---|
| WATAUGA COUNTY VOTING RIGHTS TASK FORCE; et al, <br><br> *Plaintiffs*, <br><br> v. <br><br> WATAUGA COUNTY BOARD OF ELECTIONS; et al, <br><br> *Defendants* <br><br> and <br><br> PHILIP E. BERGER, in his official capacity as the President *Pro Tempore* of the North Carolina Senate, et al., <br><br> *Intervenor-Defendants.* | **Case No. 5:25-cv-00157-MEO-DCK** |

## JOINT MOTION FOR PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the Parties jointly move the Court for entry of the attached Consent Protective Order. In support of this motion, the Parties show the Court as follows:

1. Discovery in this case may involve production of sensitive, personal, private, or confidential information for which special protection from public disclosure and from use for any purpose other than for use in this litigation may be warranted.

2. Counsel for the Parties have conferred and agree to the entry of the Consent Protective Order, which is attached as an exhibit to this motion.

3. The Consent Protective Order would expedite the flow of discovery materials; facilitate prompt resolution of discovery disputes, as well as disputes concerning confidentiality

and inadvertently produced documents; protect certain materials designated as confidential; ensure that protection is afforded only to material so designated; and facilitate the production of privilege logs. This motion is supported by good cause.

For the foregoing reasons, the Parties respectfully request that this motion be granted, and that the proposed Consent Protective Order be signed and entered by this Court.

Dated: January 15, 2026                                     Respectfully submitted,

| **BROOKS, PIERCE, MCLENDON, HUMPHREY & LEONARD, L.L.P.** | **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.** |
|---|---|
| /s/ *Eric F. Fletcher* | /s/ *Thomas G. Hooper* |
| Eric F. Fletcher | John E. Branch III |
| N.C. State Bar No. 54105 | N.C. State Bar No. 32598 |
| eflectcher@brookspierce.com | jbranch@bakerdonelson.com |
| Michael B. Jones | Rachel H. Boyd |
| N.C. State Bar No. 63595 | N.C. State Bar No. 56974 |
| mjones@brookspierce.com | rboyd@bakerdonelson.com |
| Pearson G. Cost | 2235 Gateway Access Point, Suite 220 |
| N.C. State Bar No. 60828 | Raleigh, NC 27607 |
| pcost@brookspierce.com | Phone: (984) 844-7900 |
| Post Office Box 1800 | |
| Raleigh, North Carolina 27602 | Thomas G. Hooper |
| Telephone: (919) 839-0300 | N.C. State Bar No. 25571 |
| Facsimile: (919) 839-0304 | thooper@bakerdonelson.com |
| *Attorneys for Plaintiffs* | 101 South Tryon Street, Suite 3600 |
| | Charlotte, NC 28280 |
| | Phone: (980) 256-6300 |
| | *Attorneys for Watauga County Defendants* |

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

/s/ *Alyssa M. Riggins*
Phillip J. Strach (NCSB # 29456)
Alyssa M. Riggins (NSCB # 52366)
Cassie A. Holt (NCSB # 56505)
Jordan A. Koonts (NCSB # 59363)
Kacie T. England (NCSB #62343)
301 Hillsborough Street, Suite 1400
Raleigh, North Carolina 27603
Ph: (919) 329-3800

Facsimile: (919) 329-3799
Phil.strach@nelsonmullins.com
Alyssa.riggins@nelsonmullins.com
Cassie.holt@nelsonmullins.com
Kacie.england@nelsonmullins.com
*Counsel for Legislative Intervenor-Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 15 day of January, 2026 the foregoing has been filed via CM/ECF which will send notice of the following to all counsel of record in this matter.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: */s/ Alyssa M. Riggins*
Alyssa M. Riggins (NCSB # 52366)