IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Case No. 5:25-cv-157-MEO-DCK

| | |
|---|---|
| WATAUGA COUNTY VOTING RIGHTS TASK FORCE, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>WATAUGA COUNTY BOARD OF ELECTIONS, ET AL.,<br><br>Defendants.<br><br>and<br><br>PHILIP E. BERGER, in his official capacity as President *Pro Tempore* of the North Carolina Senate, ET AL.,<br><br>Intervenor-Defendants. | **CONSENT MOTION TO SUBSTITUTE PARTY DEFENDANT AND AMEND CASE CAPTION** |

Pursuant to Fed. R. Civ. P. 25(d), Defendants move the Court for an order substituting Perry Yates for Defendant Eric Eller in this action. In support of this motion, Defendants respectfully show the Court the following:

1. Plaintiffs filed their Complaint against Defendants on October 1, 2025.

2. At the time the Complaint was filed, Eric Eller served as the Chair of the Watauga County Board of Elections (the "WCBOE") and was named, in his official capacity, as a Defendant in this action.

3. On December 9, 2025, Perry Yates replaced Eric Eller as the Chair of the WCBOE.

4. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, "when a public officer who is a party in an official capacity . . . ceases to hold office while the action is

pending[,] [t]he officer's successor is automatically substituted as a party," and "[l]ater proceedings should be in the substituted party's name."

5. Therefore, Defendants seek to substitute Perry Yates, in his official capacity as the Chairman of the WCBOE, in place of Eric Eller in this action.

6. Non-party Perry Yates consents to be substituted and joined, in his official capacity, as a Defendant in this action, replacing Eric Eller.

7. The other parties have consented to the substitution and joinder of Perry Yates, in his official capacity, as a Defendant in this action and to the amendment of the caption to reflect this substitution. In so doing, they do not waive any available claims or defenses that they may have in this action.

8. Accordingly, Perry Yates, in his official capacity, should be substituted for Eric Eller as a Defendant in this action and the caption should be amended to reflect this substitution.

9. Defendants have attached a proposed order granting this motion and submitting the proposed order separately via CyberClerk.

WHEREFORE, Defendants respectfully request that the Court enter an Order substituting Perry Yates, in his official capacity as the Chairman of the Watauga County Board of Elections, for Defendant Eric Eller and ordering that the caption of this case be amended to reflect that substitution.

Respectfully submitted, this, the 3rd day of March 2026.

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

By: *Rachel H. Boyd*
    Rachel H. Boyd
    N.C. State Bar No. 56974
    rboyd@bakerdonelson.com
    John E. Branch III

N.C. State Bar No. 32598
jbranch@bakerdonelson.com
2235 Gateway Access Point, Suite 220
Raleigh, NC 27607
Phone: (984) 844-7900

Thomas G. Hooper
N.C. State Bar No. 25571
thooper@bakerdonelson.com
101 South Tryon Street, Suite 3600
Charlotte, NC 28280
Phone: (980) 256-6300

*Attorneys for Watauga County Defendants*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send electronic notification of the filing to all counsel of record who have appeared in this action.

Respectfully submitted this 3rd day of March 2026.

**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, P.C.**

By: */s/ Rachel H. Boyd*
    Rachel H. Boyd
    N.C. State Bar No. 56974
    rboyd@bakerdonelson.com
    2235 Gateway Access Point, Suite 220
    Raleigh, NC 27607
    Phone: (984) 844-7900

*Attorneys for Watauga County Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Case No. 5:25-cv-157-MEO-DCK

| | |
|---|---|
| WATAUGA COUNTY VOTING RIGHTS TASK FORCE, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> WATAUGA COUNTY BOARD OF ELECTIONS, ET AL., <br><br> Defendants. <br><br> and <br><br> PHILIP E. BERGER, in his official capacity as President *Pro Tempore* of the North Carolina Senate, ET AL., <br><br> Intervenor-Defendants. | **[PROPOSED] ORDER GRANTING CONSENT TO MOTION TO SUBSTITUTE PARTY AND AMEND CASE CAPTION** |

**THIS MATTER is before the Court on** Defendants' Consent Motion to Substitute Party and Amend Case Caption. Having reviewed the record in this action, the Court finds the relief requested is warranted and hereby grants the Motion. Accordingly:

**IT IS HEREBY ORDERED** that the Motion shall be and hereby is **GRANTED**. Perry Yates, in his official capacity as Chairman of the Watauga County Board of Elections, shall be and hereby is substituted as a Defendant in lieu of Eric Eller. The caption in this action shall be and hereby is amended to reflect that Perry Yates, in his official capacity as Chairman of the Watauga County Board of Elections, is a named Defendant and Defendant Eric Eller's name shall no longer appear in the caption.