WATAUGA COUNTY VOTING RIGHTS
TASK FORCE; et al,

*Plaintiffs*,

V.

WATAUGA COUNTY BOARD OF
ELECTIONS; et al,

*Defendants*.

**Case No. 5:25-cv-00157-MEO-DCK**

## NOTICE OF NO RESPONSE

Intervenor-Defendants Philip E. Berger, in his official capacity as President *Pro Tempore*

of the North Carolina Senate, and Destin C. Hall, in his official capacity as Speaker of the North

Carolina House of Representatives ("Legislative Defendants"), pursuant to LCvR 7.1(e), hereby

submit this Notice to inform the Court and all parties that in light of Legislative Defendants'

consent to Plaintiffs' Motion to Amend Complaint (Doc.47), Legislative Defendants do not intend

to file a Response.

Respectfully submitted, this the 6th day of April, 2026.

**NELSON MULLINS RILEY &
SCARBOROUGH LLP**

By: *s/ Cassie A. Holt*
Phillip J. Strach (NCSB # 29456)
Alyssa M. Riggins (NCSB # 52366)
Cassie A. Holt (NCSB # 56505)
Jordan A. Koonts (NCSB #59363)
Kacie T. England (NCSB #62343)
301 Hillsborough Street, Suite 1400
Raleigh, North Carolina 27603
Ph: (919) 329-3800
Facsimile: (919) 329-3779

1

phil.strach@nelsonmullins.com
alyssa.riggins@nelsonmullins.com
cassie.holt@nelsonmullins.com
jordan.koonts@nelsonmullins.com
kacie.england@nelsonmullins.com

*Counsel for Legislative Defendants*

2

## <u>CERTIFICATE CONCERNING USE OF ARTIFICIAL INTELLIGENCE</u>

The undersigned hereby certifies that:

1. No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg; and

2. Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or paralegal working at his/her direction (or the party making the filing if acting pro se) as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

This the 6th day of April, 2026.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: *s/ Cassie A. Holt*
Cassie A. Holt (NCSB # 56505)

3

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that the foregoing has been served on all parties to this action by filing the same with the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record for the parties.

This the 6th day of April, 2026.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: *s/ Cassie A. Holt*
Cassie A. Holt (NCSB # 56505)

4