**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**Statesville Division**

| | |
|---|---|
| WATAUGA COUNTY VOTING RIGHTS TASK FORCE; et al, <br><br> *Plaintiffs*, <br><br> V. <br><br> WATAUGA COUNTY BOARD OF ELECTIONS; et al, <br><br> *Defendants*. | **Case No. 5:25-cv-00157-MEO-DCK** |

## <u>NOTICE OF NO RESPONSE</u>

Defendants Watauga County Board of Elections, Perry Yates, Terry Cirone, Pamela Huss Cline, Leta Councill, and Elaine Rothenberg ("WCBOE Defendants") pursuant to LCvR 7.1(e), hereby submit this Notice to inform the Court and all parties that in light of the WCBOE Defendants' consent to Plaintiffs' Motion to Amend Complaint ("Plaintiffs' Motion") (Doc. 47), the WCBOE Defendants do not intend to file a Response to Plaintiffs' Motion.

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK**

1

Respectfully submitted, this the 7th day of April, 2026.

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**

By: _/s/ John E. Branch III_
John E. Branch III
N.C. State Bar No. 32598
jbranch@bakerdonelson.com
Rachel H. Boyd
N.C. State Bar No. 56974
rboyd@bakerdonelson.com
2235 Gateway Access Point, Suite 220
Raleigh, NC 27607
Phone: (984) 844-7900

Thomas G. Hooper
N.C. State Bar No. 25571
thooper@bakerdonelson.com
101 South Tryon Street, Suite 3600
Charlotte, NC 28280
Phone: (980) 256-6300

*Attorneys for Watauga County Defendants*

2

## CERTIFICATE CONCERNING USE OF ARTIFICIAL INTELLIGENCE

The undersigned hereby certifies that:

1. No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg; and

2. Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or paralegal working at his/her direction (or the party making the filing if acting pro se) as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

This the 7th day of April, 2026.

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**
By:  */s/ John E. Branch III*
John E. Branch III
N.C. State Bar No. 32598

*Attorney for Watauga County Defendants*

3

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that the foregoing has been served on all parties to this action by filing the same with the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record for the parties.

This the 7th day of April, 2026.

**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, P.C.**
By:  */s/ John E. Branch III*
John E. Branch III
N.C. State Bar No. 32598

*Attorney for Watauga County Defendants*
