IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Case No. 5:25-cv-157-MEO-DCK

WATAUGA COUNTY VOTING RIGHTS TASK
FORCE, COMMON CAUSE, DR. RAY RUSSELL,
LARRY TURNBOW, CHARLIE WALLIN, DR.
JAMES FENWICK, JR., LAURIE FLEMING,
PATRICIA DALE, and KINNEY RAY
BAUGHMAN,

          Plaintiffs,

      v.

WATAUGA COUNTY BOARD OF ELECTIONS,
PERRY YATES in his official capacity as a member
of the Watauga County Board of Elections, TERRY
CIRONE in her official capacity as a member of the
Watauga County Board of Elections, PAMELA
HUSS CLINE in her official capacity as a member
of the Watauga County Board of Elections, ELAINE
ROTHENBERG in her official capacity as a
member of the Watauga County Board of Elections,
and LETA COUNCILL in her official capacity as a
member of the Watauga County Board of Elections,

          Watauga County Defendants.

and

PHILIP E. BERGER, in his official capacity as
President Pro Tempore of the North Carolina Senate,
and DESTIN HALL, in his official capacity as
Speaker of the North Carolina House of
Representatives.

          Intervenor-Defendants.

**STIPULATION EXTENDING TIME
TO RESPOND TO PLAINTIFFS'
FIRST SET OF DISCOVERY
REQUESTS**

Pursuant to Rule 29 of the Federal Rules of Civil Procedure, Plaintiffs and the Watauga

County Defendants, through their respective undersigned counsel, hereby stipulate that the time in

4938-9123-9348

which the Watauga County Defendants may answer, object, move, or otherwise respond to Plaintiffs' First Set of Requests for Admission, Interrogatories, and Requests for Production of Documents is hereby extended by thirty days, from Wednesday, June 17, 2026 through and including Friday, July 17, 2026.

Respectfully Submitted this the 12th day of June 2026.

| **BROOKS, PIERCE, MCLENDON, HUMPHREY & LEONARD, L.L.P.** | **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.** |
|---|---|
| */s/ Michael B. Jones*<br>Michael B. Jones<br>N.C. State Bar No. 63595<br>mjones@brookspierce.com<br>Eric F. Fletcher<br>N.C. State Bar No. 54105<br>efletcher@brookspierce.com<br>Pearson G. Cost<br>N.C. State Bar No. 60828<br>pcost@brookspierce.com<br>Post Office Box 1800<br>Raleigh, North Carolina 27602<br>Telephone: (919) 839-0300<br>Facsimile: (919) 839-0304 | By: */s/ John E. Branch III*<br>John E. Branch III<br>N.C. State Bar No. 32598<br>jbranch@bakerdonelson.com<br>Rachel H. Boyd<br>N.C. State Bar No. 56974<br>rboyd@bakerdonelson.com<br>2235 Gateway Access Point, Suite 220<br>Raleigh, NC 27607<br>Phone: (984) 844-7900<br><br>Thomas G. Hooper<br>N.C. State Bar No. 25571<br>thooper@bakerdonelson.com<br>101 South Tryon Street, Suite 3600<br>Charlotte, NC 28280<br>Phone: (980) 256-6300 |
| *Attorneys for Plaintiffs* | *Attorneys for Watauga County Defendants* |

4938-9123-9348

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send electronic notification of the filing to all counsel of record who have appeared in this action.

Respectfully submitted this 12th day of June 2026.

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**

By: /s/ *John E. Branch III*
John E. Branch III
N.C. State Bar No. 32598
jbranch@bakerdonelson.com
2235 Gateway Access Point, Suite 220
Raleigh, NC 27607
Phone: (984) 844-7900

*Attorney for Watauga County Defendants*

3